600 A.2d 1255

**Claire A. CURRAN and Robert Curran, h/w, Petitioner,**

v.

**John and Conziglia FIORE, Anthony and Elena Fiore, Remiglio and Ines Fiore Mario and Teresa Fiore individually and trading as a partnership, and M–3 Supermarkets, and Joseph B. McFarland, Ruth E. McFarland, Francis H. Murray, Grace P. Murray, John C. Merion, Jr., and Evelyn P. Merion, individually and trading as a partnership.**

Supreme Court of Pennsylvania.

Nov. 25, 1991.

## ORDER

The previous order entered on November 18, 1991, is hereby vacated and it is hereby Ordered that the Petition for Allowance of Appeal is Granted (No. 166 E.D. Appeal Docket 1991).